# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) CR416-260 |
| ANTHONY POINTER, | ) |
| Defendant. | ) |

## ORDER

Defendant's motion for reconsideration of the Court's Order of detention is **DENIED**.

**SO ORDERED**, this 10th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA